1. BESS M. BREWER, #100364
   LAW OFFICE OF
2. BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3. Sacramento, CA 95814
   Telephone: (916) 448-8600
4. Facsimile: (916) 448-8605

5. Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLYDE J. MARSHALL**,<br><br>           Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>           **Defendant.** | CASE NO. CIV-06-2880 CMK<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from July 20, 2007 to July 25, 2007.   This extension is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Dated:  July 20, 2007  /s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: July 20, 2007  McGregor W. Scott

United States Attorney

By: /s/ Mary Parnow
MARY PARNOW

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:   July 25, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2